IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

NANCY COLEY                                                                                              PLAINTIFF

VS.                                                         CIVIL ACTION NO. 4:15CV00018-DMB-JMV

JANTRAN, INC.                                                                                          DEFENDANT

## ORDER REQUIRING PRODUCTION

This matter is before the court following an *in camera* inspection of the personnel files of Jantran employees/former employees, John Whitaker and James Shepherd, for a determination of whether any information contained in their personnel files is relevant to the claims asserted by the plaintiff in the instant case.  The court has thoroughly reviewed the personnel files and has determined there is only a single document relevant to the plaintiff's claims, that document being a payroll change notice of James Shepherd, eff. 3/31/ 2011, submitted and approved 4/11/ 2011, a copy of which the defendant is ordered to produce to the plaintiff–if it has not already done so–by 5:00 p.m. 2/10/16.  Aside from this document, the court did not observe any other document relevant to the claims of the plaintiff.  Notably, however, there is a document (among other similar forms) dated June 10, 2011, and which indicates the dates of employment for and confirms negative USCG/DOT drug and alcohol testing of James Shepherd.  This negative drug and alcohol test result document need not be produced to the plaintiff unless the defendant contends the document is relevant to its defense.  In the event defendant contends it is relevant to its defense, it should also be produced to plaintiff by 5:00 p.m. 2/10/16.

**SO ORDERED** this 5th day of February, 2016.

/s/ Jane M. Virden
U. S. Magistrate Judge